IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ERIC R. PYLES,

    Plaintiff,

vs.                                        CASE NO. 5:08cv344/RS-MD

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 24). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The decision of the Commissioner of Social Security denying Plaintiff's application for social security benefits is **affirmed**.

3. The clerk is directed to enter judgment for Defendant and to close the file.

**ORDERED** on December 21, 2009.

                                /S/ Richard Smoak
                                **RICHARD SMOAK**
                                **UNITED STATES DISTRICT JUDGE**